**KENTUCKY FARM BUREAU MUTUAL INSURANCE COMPANY, Appellant,**

**v.**

**G. L. NORSWORTHY, Appellee.**

Court of Appeals of Kentucky.

Oct. 21, 1955.

Robbins & Cross, Mayfield, for appellant.

Wilson & Freeman, Mayfield, for appellee.

PER CURIAM.

This is a motion for an appeal from a judgment of the Graves Circuit Court, Hon. Elvis J. Stahr, Judge.

The judgment of the trial court awarded $2,000 to the appellee under an insurance policy issued by the appellant on a motor truck owned by the appellee. We are affirming the judgment because the record disclosed no prejudicial error, and there was sufficient evidence to support the verdict and judgment thereon.

The motion for an appeal is overruled and the judgment is affirmed.

**POLYNESIAN ARTS, Inc.**

**v.**

**Ladye K. Allen McKELVEY.**

Court of Appeals of Kentucky.

Oct. 14, 1955.

Robbins & Cross, Mayfield, for appellant.

McDonald, Boaz & Boaz, Mayfield, for appellee.

PER CURIAM.

The judgment of the trial court directed a verdict for the appellee, the landlord, and denied recovery of damages by the appellant, the tenant, for the landlord's allegedly negligent repairs to the property. The action of the trial court was proper.

The motion for an appeal is overruled, and the judgment is affirmed.